NOEL P. SHILLITO, WSBA #6764
LAW OFFICE OF NOEL SHILLITO
1919 NORTH PEARL STREET #C-2
TACOMA WA 98406
(253) 572-4388

HON. BRIAN D. LYNCH
CHAPTER 7
HEARING DATE: NOVEMBER 7, 2018
HEARING TIME: 9:00AM
RESPONSE DATE: OCTOBER 31, 2018

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In Re:<br><br>IAN H. SCHUMACHER and KERI J. SCHUMACHER,<br><br>Debtors. | No. 17-43172<br><br>MOTION DIRECTING TRUSTEE TO ABANDON DEBTOR'S REAL PROPERTY LOCATED AT 3722 114TH AVE E, EDGEWOOD, WA 98372 |

COMES NOW, the Debtors, Ian and Keri Schumacher, by and through their attorney of record, Noel P. Shillito of the Law Office of Noel Shillito, P.S. and hereby moves this Court for an order to abandon property of the estate pursuant to 11 USC §549 and BR 6007.

The Debtors filed a Chapter 13 petition on August 23, 2017. The proceeding was subsequently converted to a Chapter 7 petition on November 8, 2017. Kathryn A. Ellis was duly appointed as Chapter 7 Trustee.

The Debtors have a 100% interest in real property located at 3722 114th Avenue E, Edgewood, WA 98372, APN: 042015-5-023 and legally described as follows:

> Section 15 Township 20 Range 04 Quarter 13 L 3 OF SP 2013-08-08-5002 TOG/W AN UNDIV INT IN WETLAND TR FOR TAX PURPOSES OUT OF 1-006 SEG 2014-0159 JP 10/14/13 JP

-1-

MOTION DIRECTING TRUSTEE TO
ABANDON DEBTORS' REAL PROPERTY

Law Office of
NOEL SHILLITO, P.S.
1919 NORTH PEARL STREET #C-2
TACOMA, WASHINGTON 98406
(253) 572-4388 • FAX (253) 572-4497

Case 17-43172-BDL    Doc 64    Filed 10/15/18    Ent. 10/15/18 14:03:30    Pg. 1 of 3

Pursuant to an appraisal dated July 13, 2017 by the David Pollack, the property has an appraised market value of $513,000. *See*, Exhibit "A".

The Trustee appointed real estate broker, Rich Kim, on February 2, 2018 to review and attempt to market the property. Rich Kim has not received any offers that the Debtors are aware of to date.

The Debtors respectfully request this Court to direct the Trustee to abandon this property because more than sufficient time (nearly one year) has passed since the Debtors' Chapter 13 was converted to a Chapter 7 proceeding and the Trustee has been unable to sell the property.

The liens on the Debtors' residence along with their claimed homestead exemption far exceed its value leaving no benefit to the creditors of the estate.

The approximate property value and liens at the time of filing are as follows:

| | |
|---|---|
| Appraised Value | $513,000.00 |
| BECU - 1st DOT Current Balance | <$362,103.00> |
| Pierce County Property Taxes (2018) | <$ 8,083.92> |
| **Subtotal:** | **$132,885.08** |
| Estimated Closing Costs (9%) | <$ 46,170.00> |
| **Subtotal:** | **$ 96,643.08** |
| Debtor's Homestead Exemption | <$ 125,000.00 |
| **Negative Equity Available to Creditors** | **<$ 28,356.92>** |

The above figures do not include the cost to have the Debtors' septic system inspected and brought into compliance with the Pierce County Health Department. At the very least, the septic system will need to be pumped. This cost, along with any other potential issues that may be discovered upon inspection, would be the responsibility of the seller.

The background facts surrounding the Debtors' house are unique. The main reason the Debtors filed bankruptcy in the first place was because they had sued the builder of their home. In trial in Superior Court, the Debtors won. The judge agreed that the Debtors' home had numerous construction defects and found for the Debtors against the builder.

**MOTION DIRECTING TRUSTEE TO
ABANDON DEBTORS' REAL PROPERTY**

Law Office of
**NOEL SHILLITO, P.S.**
1919 NORTH PEARL STREET #C-2
TACOMA, WASHINGTON 98406
(253) 572-4388 • FAX (253) 572-4497

The builder subsequently won on appeal. Nevertheless, the Court of Appeals did not rule on the structural defects but instead, ruled that according to the terms of the construction contract, the builder was excused from performance. Therefore, the defects that were the underlying cause of the lawsuit remain unresolved. As a result, the Debtors home will require additional repairs before the Debtors believe it would be suitable for a conventional lender to provide a loan for a potential buyer. *See*, Declaration of the Debtors in support of Motion to Abandon.

Given the current condition of the property, it is very unlikely the Trustee will receive an offer sufficient to pay the mortgage liens, outstanding property taxes and the Debtor's homestead exemption.

WHEREFORE, the Debtors pray for the following relief:

1. An Order directing the Trustee to abandon the Debtors' real property located at 3722 114th Avenue E., Edgewood, WA 98372 as being of no further value to the estate;
2. For such other and further relief as this Court deems just and equitable.

Dated this 15th day of October, 2018.

LAW OFFICE OF NOEL SHILLITO, P.S.

By: /s/ Noel P. Shillito
Noel P. Shillito, WSBA #6764
Attorney for Debtor

**MOTION DIRECTING TRUSTEE TO
ABANDON DEBTORS' REAL PROPERTY**

Law Office of
NOEL SHILLITO, P.S.
1919 NORTH PEARL STREET #C-2
TACOMA, WASHINGTON 98406
(253) 572-4388 • FAX (253) 572-4497